OLIVER MAGGARD v. CHARLES R. VAN DUYN ET AL.

FILED MAY 2, 1893. No. 4585.

1. **Appeal From County Court:** DISMISSAL IN APPELLATE COURT. An appeal from the county court to the district court should be dismissed upon proper motion when the transcript was not filed within thirty days from the date of the judgment, and no reason is shown for the delay.

2. **Record for Review:** BILL OF EXCEPTIONS: AFFIDAVITS used on the hearing of a motion in the district court cannot be considered in the supreme court unless embodied in a bill of exceptions.

ERROR from the district court of Lancaster county. Tried below before FIELD, J.

*Edson Rich,* for plaintiff in error.

*Charles E. Magoon, contra.*

IRVINE, C.

This was a case begun in the county court. A transcript for the purpose of an appeal was filed in the district court more than thirty days after judgment below. The only error assigned is the action of the district court in dismiss-

ing the appeal. According to repeated decisions of this court this action was right.

An affidavit appears in the transcript seeking to excuse the delay, but by still more numerous decisions it cannot be here considered because not preserved in a bill of exceptions..

**AFFIRMED.**

THE other commissioners concur.